# Court of Appeals
# of the State of Georgia

ATLANTA,  April 27, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1580. SUSANNE E. KRUPA v. TIMOTHY E. MCLANE.

On August 4, 2025, the superior court entered a final judgment and decree of divorce, dissolving the marriage of Susanne E. Krupa and Timothy E. McLane. Krupa filed a notice of appeal and McLane has filed a motion to dismiss, contending that this Court lacks jurisdiction. For the reason set forth below, we agree.

Pretermitting the argument McLane raises that Krupa's pro se notice of appeal was a nullity because she was represented by counsel, appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. See OCGA § 5-6-35(a)(2), (b). Compliance with the discretionary appeals procedure is jurisdictional. *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Accordingly, because Krupa failed to follow the requisite discretionary application procedure, we hereby GRANT McLane's motion to dismiss and DISMISS this direct appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/27/2026*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*